AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JEFFREY BOONE | ) Case No. 3:21mj375/HTC |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 1, 2021** in the county of **Okaloosa** in the **Northern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) & 2252A(a) | -Production of Child Pornography<br>-Distribution of Child Pornography<br>-Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent John Canning
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/4/2021

_____
*Judge's signature*

City and state: Pensacola, Florida

Hope T. Cannon, U.S. Magistrate Judge
*Printed name and title*

RCV'D USDC FLND PN
OCT 4 '21 PM 3:03